No. 75–281.  SEAY v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 75–290.  LOPEZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 75–384.  ATLANTIC MARINE, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 75–408.  RASTELLI v. NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 75–417.  GRIFFITH v. NIXON ET AL.  C. A. 2d Cir. Certiorari denied.

No. 75–426.  BRATTON, EXECUTOR v. UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 75–469.  GREENYA v. GEORGE WASHINGTON UNIVERSITY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 75–496.  REGIONAL HIGH SCHOOL DISTRICT No. 5 ET AL. v. BAKER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 75–498.  DAWSON v. FLORIDA BAR.  Sup. Ct. Fla. Certiorari denied.

No. 75–499.  ROGERS v. ARKANSAS.  Sup. Ct. Ark. Certiorari denied.

No. 75–504.  IN RE THURMER.  Sup. Ct. Cal.  Certiorari denied.

No. 75–512.  SHAPIRO v. BOROUGH OF HIGHTSTOWN. Sup. Ct. N. J.  Certiorari denied.